**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE DU TRIEU,<br>CDCR #AE-4750<br><br>                              Plaintiff,<br><br>vs.<br><br><br>DR. G. CASIAN; D. VAN BUREN;<br>MATTHEW CATE,<br><br>                              Defendants. | Civil No.   14cv2400 GPC (MDD)<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEES REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED** *IN FORMA PAUPERIS* **PURSUANT TO 28 U.S.C. § 1915(a)** |

Plaintiff, currently incarcerated at the Richard J. Donovan Correctional Facility, has filed this civil action pursuant to 42 U.S.C. § 1983.

**I.    FAILURE TO PAY FILING FEE OR REQUEST IFP STATUS**

All parties instituting any civil action, suit or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400.  *See* 28 U.S.C. § 1914(a).[1]  An action may proceed despite a party's failure to

---

[1] In addition to the $350 statutory fee, all parties filing civil actions on or after May 1, 2013, must pay an additional administrative fee of $50.  *See* 28 U.S.C. § 1914(a), (b); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, eff. May 1, 2013.  However,

1 pay this filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP")
2 pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th
3 Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

4      Plaintiff has not prepaid the $400 in filing and administrative fees required to
5 commence a civil action, nor has he submitted a Motion to Proceed IFP in compliance
6 with 28 U.S.C. § 1915(a). Therefore, the case cannot yet proceed. *See* 28 U.S.C.
7 § 1914(a); *Andrews*, 493 F.3d at 1051.

8 **II.**   **CONCLUSION AND ORDER**

9      For the reasons set forth above, the Court hereby:

10      (1)   **DISMISSES** this action sua sponte without prejudice for failing to pay the
11 $400 civil filing and administrative fee or submit a Motion to Proceed IFP pursuant to
12 28 U.S.C. § 1914(a) and § 1915(a); and

13      (2)   **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is
14 filed to: (a) prepay the entire $400 civil filing and administrative fee in full; ***or***
15 (b) complete and file a Motion to Proceed IFP, which includes a certified copy of his
16 trust account statement for the 6-month period preceding the filing of his Complaint. *See*
17 28 U.S.C. § 1915(a)(2); S.D. CAL. CIVLR 3.2(b).

18      **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff
19 with this Court's approved form "Motion and Declaration in Support of Motion to
20 Proceed *In Forma Pauperis*." If Plaintiff fails to either prepay the $400 civil filing fee
21 or fully complete and submit the enclosed Motion to Proceed IFP within that time, this
22 action shall remain dismissed without prejudice for the reasons set out in this Order.

23

24 DATED: October 21, 2014

25

26                          HON. GONZALO P. CURIEL
                           United States District Judge

27

28 the additional $50 administrative fee is waived if the plaintiff is granted leave to proceed IFP. *Id.*